## Timothy L. WILLIAMS and Anne R. Wurl f/k/a Anne R. Williams, Appellants,

v.

## FARM BUREAU TOWN AND COUNTRY INSURANCE COMPANY OF MISSOURI, Respondent.

### WD 79731

Missouri Court of Appeals, Western District.

ORDER FILED: March 28, 2017

David H. Hinken, Blue Springs, MO, Attorney for Appellants.

Robert L. Brady, Jonathan B. Morrow, and T. Michael Ward, St. Louis, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Mr. Timothy L. Williams and Ms. Anne R. Wurl appeal from the judgment of the Circuit Court of Jackson County, Missouri, directing a verdict in favor of Farm Bureau Town and Country Insurance Company on claims for breach of contract and vexatious refusal to pay. There being no precedential value in a published opinion, we have instead provided the parties an unpublished memorandum of law explaining our ruling. We affirm. Rule 84.16(b).